# United States Court of Appeals for the Fifth Circuit

_____

No. 23-11139
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**

December 17, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Rodrik Douglas,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:23-CR-19-1

_____

Before Haynes, Higginson, and Douglas, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Rodrik Douglas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Douglas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-11139

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.